

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00689-CV

**IN THE INT OF GM, AM AND NM,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02693
John D. Gabriel Jr., Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on February 17, 2014.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

Keith E. Hottle
Clerk of Court